

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

UNITED STATES OF AMERICA

    - v. -

OTONIEL RICARDO CABARCAS AVENDANO,
    a/k/a "Oto,"
EDUARDO UEJBE JARAMILLO,
    a/k/a "Condor,"
DIEGO EGIDIO PINZON GOMEZ,
RAMEL ANTONIO MARRUGO CASTRO, and
JORGE ARTURO SOSA ARGOTE,

                Defendants.

------------------------------------------------

<u>ORDER</u>

07 Cr. 919

    Upon the application of the United States of America by Jeffrey A. Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment and arrest warrants in this matter, 07 Cr. 919, be unsealed for the limited purpose of making certified copies thereof, and that it subsequently be resealed.

Dated:  New York, New York
       December 21, 2007

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York